1024 ▮

[No. 41377-5-I.    Division One.    September 7, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD CARL LAUCH, *Appellant*. ₒ

Appeal from a judgment of the Superior Court for Skagit County, No. 94-1-00098-4, John M. Meyer and Susan K. Cook, JJ., entered August 8 and September 19, 1997. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Coleman and Cox, JJ.

[No. 41634-1-I.    Division One.    September 7, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. J.A., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-04555-1, Patricia Clark and Deborah Fleck, JJ., entered September 29, 1997. *Dismissed* by unpublished per curiam opinion.

[No. 41671-5-I.    Division One.    September 7, 1999.]

JOSEPH P. PAOLILLO, ET AL., *Appellants*, v. EDMONDS SCHOOL DISTRICT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-2-01842-2, Thomas J. Wynne, J., entered October 17, 1997. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Coleman and Cox, JJ.

[No. 42105-1-I.    Division One.    September 7, 1999.]

WINGATE HOMEOWNERS ASS'N, INC., ET AL., *Respondents*, v. LOUIS V. MARKS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 94-2-01191-8, Richard D. Eadie, J., entered January 7, 1998. *Affirmed in part* and *reversed in part* by unpublished opinion per Baker, J., concurred in by Coleman and Ellington, JJ.